JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARQUISE BAILEY,
                    Plaintiff,

        v.

ARTESIA AUTO CENTER, et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)

Case No. CV 26-3054 FMO (Ex)

**JUDGMENT**

        IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of June, 2026.

                                        /s/
                                Fernando M. Olguin
                                United States District Judge